JUDGE HOLWELL          07 CV   5694

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NELLY FELIZ,

          Plaintiff,

- against -


JPMORGAN CHASE & CO.,

          Defendants.

---

**RULE 7.1 DISCLOSURE**

Civil Action No.



RECEIVED
JUN 1 4 2007
U.S.D.C. S.D.N.Y.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for JPMorgan Chase Bank, N,A, sued incorrectly herein as JPMorgan Chase & Co., certifies as follows: (i) JPMorgan Chase & Co. is the parent corporation of JPMorgan Chase Bank, N.A., and (ii) JPMorgan Chase & Co. is the only publicly held company which owns 10% or more of the share of JPMorgan Chase Bank, N.A.

Dated:  New York, New York
          June 14, 2007

                                      _/s/ J. Geoghegan_
                                      Joseph R. Geoghegan (JG 7693)
                                      EDWARDS ANGELL PALMER & DODGE, LLP
                                      90 State House Square
                                      Hartford, CT 06103
                                      (860) 525-5065
                                      jgeoghegan@eapdlaw.com
                                      Attorneys for Defendant
                                      **JPMorgan Chase Bank, N.A.**