# EDWARDS ANGELL PALMER&DODGE LLP

90 State House Square  Hartford, CT 06103  860.525.5065  *fax* 860.527.4198  eapdlaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/07
```

June 26, 2007

Joseph R. Geoghegan
860.541.7749
*fax* 888.325.1662
jgeoghegan@eapdlaw.com

**RECEIVED JUN 27 2007 CHAMBERS OF RICHARD J. HOLWELL**

**VIA FACSIMILE (212) 805-7948**

The Honorable Richard J. Holwell
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 17B
New York, New York 10007

Re:  Nelly Feliz v. JPMorgan Chase & Co.
     Docket No. 07-cv-05694

Dear Judge Holwell:

Pursuant to a telephone conversation with Mr. William J. Donald today, the defendant ("JPMorgan") in the above-referenced matter hereby requests an additional 30 days in which to answer or otherwise respond to the *Complaint*.

JPMorgan removed this action to this Court on June 14, 2007. An answer or other response was due five days later, on June 19, 2007. On June 19, 2007, JPMorgan filed its first motion to extend the time to respond to the *Complaint*. JPMorgan sought the consent of Plaintiff's counsel to that motion, but Plaintiff's counsel did not respond to several messages. The Court has not yet ruled on the first motion.

JPMorgan seeks an extension until July 26, 2007 in order that it may complete its investigation and response to the *Complaint*. This is the second such request for an extension of time. Plaintiff's counsel has still not responded to JPMorgan's request for an extension.

Very truly yours,

Joseph Geoghegan, Esq.

cc:  Derek T. Smith, Esq. (via regular mail)

*Application Granted*
*So ORDERED*

[signature]
USDJ  6/2?/07