UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NELLY FELIZ,

                    Plaintiff,

        - against -


JPMORGAN CHASE & CO.,

                    Defendants.

**<u>ANSWER</u>**

Civil Action No.  07-cv-05694(RJH)


JULY 26, 2007


Defendant JPMorgan Chase Bank, N.A., sued incorrectly herein as JPMorgan Chase & Co. ("Defendant" or "JPMorgan"), through its undersigned counsel, hereby answers the April 30, 2007 *Complaint* of plaintiff Nelly Feliz ("Plaintiff" or "Feliz").  All responses are on behalf of JPMorgan Chase Bank, N.A.

1.      Defendant is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of paragraph 1 of the *Complaint* and, therefore, leaves Plaintiff to her proof.

2.      Defendant admits that it is a domestic corporation.  Defendant admits that it is duly organized.   The remaining allegations contained in paragraph 2 of the *Complaint* are denied.

3.      Defendant admits the allegations contained in paragraph 3 of the *Complaint*.

4.      Defendant admits the allegations contained in paragraph 4 of the *Complaint*.

5.      Defendant admits the allegations contained in paragraph 5 of the *Complaint*.

6.      Defendant admits the allegations contained in paragraph 6 of the *Complaint*.

7.      Defendant denies the allegations contained in paragraph 7 of the *Complaint*.

8.      Defendant admits the allegations contained in paragraph 8 of the *Complaint*.

9.      Defendant admits the allegations contained in paragraph 9 of the *Complaint*.

10.     Defendant admits the allegations contained in paragraph 10 of the *Complaint*.

11.     Defendant admits the allegations contained in paragraph 11 of the *Complaint*.

12.     Defendant denies the allegations contained in paragraph 12 of the *Complaint*.

13.     Defendant is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of paragraph 13 of the *Complaint* and, therefore, leaves Plaintiff to her proof.

14.     Defendant is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of paragraph 14 of the *Complaint* and, therefore, leaves Plaintiff to her proof.

NYC_178906_1

15.    Defendant denies the allegations contained in paragraph 15 of the *Complaint*.

16.    Defendant is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of paragraph 16 of the *Complaint* and, therefore, leaves Plaintiff to her proof.

17.    Defendant denies the allegations contained in paragraph 17 of the *Complaint*.

18.    Defendant denies the allegations contained in paragraph 18 of the *Complaint*.

19.    Defendant denies the allegations contained in paragraph 19 of the *Complaint*.

20.    Defendant denies the allegations contained in paragraph 20 of the *Complaint*.

21.    Defendant does not respond to paragraph 21 of the *Complaint*, which contains not factual allegations but a legal conclusion, except that Defendant refers the Court to the cited section of the CPLR, which speaks for itself.

22.    Defendant considers paragraph 22 of the *Complaint* to be a prayer for relief and to that extent, offers no response thereto; however, to the extent paragraph 22 contains allegations, Defendant denies them.

## FIRST CAUSE OF ACTION
## BREACH OF EXPRESS AND IMPLIED WARRANTY

1.    Defendant repeats its responses to paragraphs 1-22 of the *Complaint*.

2.    Defendant denies the allegations contained in paragraph 2 of the *Complaint*.

NYC_178906_1

3.     Defendant denies the allegations contained in paragraph 3 of the *Complaint*.

4.     Defendant denies the allegations contained in paragraph 4 of the *Complaint*.

5.     Defendant denies the allegations contained in paragraph 5 of the *Complaint*.

6.     Defendant denies the allegations contained in paragraph 6 of the *Complaint* that state "said express and implied warranties of the defendant."   Defendant is without sufficient knowledge or information upon which to form a belief as to the truth of the remaining allegations of paragraph 6 of the *Complaint* and, therefore, leaves Plaintiff to her proof.

7.     Defendant denies the allegations contained in paragraph 7 of the *Complaint*.

8.     Defendant denies the allegations contained in paragraph 8 of the *Complaint*.

9.     Defendant denies the allegations contained in paragraph 9 of the *Complaint*.

## SECOND CAUSE OF ACTION
## NEGLIGENCE

10.     Defendant repeats its responses to paragraphs 1-22 of the Facts, and 1-9 of the Causes of Action, of the *Complaint*.

11.     Defendant denies the allegations contained in paragraph 11 of the *Complaint*.

12.     Defendant denies the allegations contained in paragraph 12 of the *Complaint*.

13.     Defendant denies the allegations contained in paragraph 13 of the *Complaint*.

## THIRD CAUSE OF ACTION
## <u>FAILURE TO WARN</u>

14.     Defendant repeats its responses to paragraphs 1-22 of the Facts, and 1-13 of the Causes of Action, of the *Complaint*.

15.     Defendant denies the allegations contained in paragraph 15 of the *Complaint*.

16.     Defendant denies the allegations contained in paragraph 16 of the *Complaint*.

17.     Defendant denies the allegations contained in paragraph 17 of the *Complaint*.

18.     Defendant denies the allegations contained in paragraph 18 of the *Complaint*.

## FOURTH CAUSE OF ACTION
## <u>STRICT PRODUCTS LIABILITY/PRODUCTS LIABILITY</u>

19.     Defendant repeats its responses to paragraphs 1-22 of the Facts, and 1-18 of the Causes of Action, of the *Complaint*.

20.     Defendant denies the allegations contained in paragraph 20 of the *Complaint*.

21.     Defendant denies the allegations contained in paragraph 21 of the *Complaint*.

NYC_178906_1

22.    Defendant denies the allegations contained in paragraph 22 of the *Complaint*.

23.    Defendant denies the allegations contained in paragraph 23 of the *Complaint*.

24.    Defendant denies the allegations contained in paragraph 24 of the *Complaint*.

25.    Defendant denies the allegations contained in paragraph 25 of the *Complaint*.

WHEREFORE CLAUSE

Defendant considers the Wherefore Clause to be a prayer for relief and to that extent, offers no response thereto; however, to the extent the Wherefore Clause contains allegations, Defendant denies them.

## FIRST AFFIRMATIVE DEFENSE

One or more of Plaintiff's claims fails to state a cause of action upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff's injuries were caused primarily by her own negligence.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff's injuries were caused by some intervening cause not attributable to Defendant.

Dated:   New York, New York
         June 26, 2007

                                    __/s/ Joseph R. Geoghegan_____
                                    Joseph R. Geoghegan (JG 7693)
                                    EDWARDS ANGELL PALMER & DODGE, LLP
                                    90 State House Square
                                    Hartford, CT 06103
                                    (860) 525-5065
                                    jgeoghegan@eapdlaw.com
                                    Attorneys for Defendant
                                    **JPMorgan Chase Bank, N.A.**

NYC_178906_1

## <u>CERTIFICATE OF SERVICE</u>

I certify that on the 26th day of July 2007, I caused a true copy of defendant's

Answer to be served upon the following party, via first-class U.S. Mail, postage prepaid.


Dated:       New York, New York
             July 26, 2007


                                        /s/ Joseph R. Geoghegan
                                        JOSEPH R. GEOGHEGAN

Derek T. Smith, Esq.
Akin & Smith, LLC
Attorneys for Plaintiff
305 Broadway, Suite 1101
New York, NY 10007

NYC_178906_1