```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/20/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
:
NELLY FELIZ,                                : 07 Civ. 05694 (RJH)
:
          Plaintiff,     :
:
  -against-                                : **ORDER**
:
J P MORGAN CHASE & Co.                      :
:
          Defendant.    :
:
-----------------------------------------------------------x

       On September 07, 2007, a telephonic conference was held in this matter before the Honorable Richard J. Holwell, United States District Court for the Southern District of New York. Present before the Court were all parties represented by their attorneys. The Court established the following schedule:

1. All fact discovery to be completed by January 11, 2008.

2. Any amendment to pleadings to be filed by October 22, 2007.

3. All expert discovery to be completed by March 1, 2008.

4. A telephonic status conference shall be held on March 14, 2008 at 10:00 a.m..

Dated: New York, New York
September 17, 2007
SO ORDERED:

                                                 _____
                                                 Richard J. Holwell
                                                 United States District Judge