UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                    Civil Action No. 07-CV-05694(RJH)
-------------------------------------------------------X
NELLY FELIZ,

                            Plaintiff,

              -against-

JPMORGAN CHASE & CO.,

                            Defendant.
-------------------------------------------------------X


## NOTICE OF APPEARANCE

Please be advised that Derek T. Smith and Akin & Smith, LLC hereby enters an appearance
on behalf of the plaintiff in the herein action as Attorneys for Plaintiff.



Dated:          New York, NY
                September 24, 2007
                                        AKIN & SMITH, LLC

                              By:__/s/_____

                                    Derek T. Smith (DS 1747)

                              Attorneys for Plaintiff
                              305 Broadway
                              Suite 1101
                              New York, NY 10007
                              (212) 587-0760