USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/08

RECEIVED
JAN 10 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NELLY FELIZ,

          Plaintiff,

- against -

JPMORGAN CHASE & CO.,

          Defendants.

**JOINT MOTION TO MODIFY SCHEDULING ORDER** AND ORDER

Civil Action No. 07-cv-05694(RJH)

December 27, 2007

    Plaintiff Nelly Feliz and Defendant JPMorgan Chase Bank, N.A., sued incorrectly herein as JPMorgan Chase & Co. (collectively the "Parties"), through their undersigned counsel, hereby respectfully move that the Court modify its September 7, 2007 Scheduling Order. In support of their joint motion, the Parties aver as follows:

    On September 7, 2007, the Court held an Initial Conference, at which time it issued the following order with regard to scheduling (the "Scheduling Order"):

> Amended Pleadings due by 10/22/2007. Fact Discovery due by 1/11/2008. Expert Discovery due by 3/1/2008. Telephone Conference set for 3/14/2008 at 10:00 AM before Judge Richard J. Holwell.

    Subsequent to entry of the Scheduling Order, the Parties have been conducting discovery diligently. However, the Parties have had to postpone depositions due to scheduling conflicts and delays in acquiring necessary documents. As a result, the Parties require additional time to complete depositions, which are currently scheduled to begin in February.

    Therefore, the parties request that the Scheduling Order be modified to the following effect: that the deadline for Fact Discovery be extended ninety days, until April 11, 2008; that the

HFD 182829.1

deadline for Expert Discovery be extended by ninety days, until June 1, 2008; and that the date of the Telephone Conference be extended ninety days, until June 13, 2008, — at 4:00 p.m. RH

| | |
|---|---|
| Dated: New York, New York<br>December 21, 2007 | Dated: Hartford, Connecticut<br>December 27, 2007 |
| /s/ Derek T. Smith<br>Derek T. Smith (DS 1747)<br>AKIN & SMITH, LLC<br>305 Broadway, Suite 1101<br>New York, NY 10007<br>(212) 587-0760<br>dtslaws@msn.com<br>Attorneys for Plaintiff<br>**Nelly Feliz** | /s/ Joseph R. Geoghegan<br>Joseph R. Geoghegan (JG 7693)<br>EDWARDS ANGELL PALMER & DODGE, LLP<br>90 State House Square<br>Hartford, CT 06103<br>(860) 525-5065<br>jgeoghegan@eapdlaw.com<br>Attorneys for Defendant<br>**JPMorgan Chase Bank, N.A.** |

Application Granted. No further extensions.

SO ORDERED

[signature]
USDJ
1/31/08