**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NELLY FELIZ,<br><br>                Plaintiff,<br><br>- against -<br><br>JPMORGAN CHASE & CO.,<br><br>                Defendants. | Civil Action No.<br>07-cv-05694(RJH)<br><br><br>JUNE 12,<br>~~April 30~~, 2008 |

**STIPULATION OF DISMISSAL PURSUANT TO *FED. R. CIV. P.* 41 (A) (1) (A) (i)**

Plaintiff, Nelly Feliz, and Defendant, JP Morgan Chase & Co., by and through their respective undersigned counsel, hereby stipulate that this matter may be dismissed, with prejudice, and without costs to either party.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/08

_[signature]_
Donald E. Frechette
EDWARDS ANGELL PALMER & DODGE, LLP
90 State House Square
Hartford, CT 06103
(860) 525-5065
dfrechette@eapdlaw.com
Attorneys for Defendant

_[signature]_
Derek T. Smith, Esq.
AKIN & SMITH, LLC
Attorneys for Plaintiff
305 Broadway, Suite 1101
New York, NY 10007
Attorneys for Plaintiff

SO ORDERED
_[signature]_
U.S.D.J. 6/20/08

HFD 189778 1